**95–1401.** Wright v. Ghee. *Franklin County*, No. 95APD05–591. On application for order that interrogatories be served on defendants. Application denied. On motion to strike request for interrogatories. Motion granted.

**95–1567.** State v. Wright. *Scioto County*, No. 93CA2110. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**95–1583.** State v. Pearce. *Franklin County*, No. 92AP–1761. On motion for appointment of counsel. Motion denied.

**95–1593.** State ex rel. Yant v. Pfeiffer. In Mandamus. On answer of respondent. *Sua sponte*, alternative writ granted.

**95–1603.** State v. Henry. *Hamilton County*, No. C–930795. On motion for leave to file delayed appeal. Motion denied.

**95–1639.** State v. Young. *Cuyahoga County*, No. 67684. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, F.E. SWEENEY and COOK, JJ., dissent.

**95–1684.** State v. Allen. *Montgomery County*, No. 14730. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

**95–1687.** State v. Zerla. *Franklin County*, No. 93APA09–1304. On motion for appointment of counsel. Motion denied.

**95–1688.** In re Brock Children. *Stark County*, No. 94CA227. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Judgment Entry filed August 1, 1995: "Are the provisions of R.C. 2151.415(D) jurisdictional in nature, such that a trial court loses jurisdiction to enter custody orders after expiration of the statutory time period?"

*Sua sponte*, cause consolidated with 95–941 and 95–942, *In re Young Children*, Stark County, No. 94CA0198, and 95–1213, *In re Bunting Children*, Stark County, No. 94CA0264.

**95–1710.** State v. Houston. *Cuyahoga County*, No. 67049. On motion for leave to file delayed appeal. Motion denied.

RESNICK, J., dissents.

**95–1717.** State v. Mascarella. *Tuscarawas County*, No. 93AP100075. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., RESNICK and COOK, JJ., dissent.

**95–1719.** State v. Wright. *Medina County*, No. 2371–M. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, JJ., dissent.

**95–1738.** State v. Lyles. *Hamilton County*, No. C–930403. On motion for leave to file delayed appeal. Motion denied.

**95–1741.** State v. Gowdy. *Erie County*, No. E–93–45. On motion for leave to file delayed appeal. Motion denied.

RESNICK, J., not participating.

**95–1742.** State v. Dalzell. *Greene County*, No. 94CA77. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**95–1906.** State v. Knisely. *Huron County*, No. H–94–044. On review of order certifying a conflict and motion to expedite. The court determines that a conflict exists on the following issue stated in the court of appeals' Decision and Judgment Entry dated September 5, 1995: "The issue presented is whether the summary administrative license suspension provided for in R.C. 4511.191(D)(1)(a) violates